# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PEDRO GONZALES, *et al.*,

        Plaintiff(s),

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

        Defendant(s).

Case No.:  2:12-cv-01474-GMN-CWH

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE C. W. HOFFMAN, JR.**

Before the Court for consideration is the Findings and Recommendation (ECF No. 2) of the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered November 27, 2012. No objections have been filed. The Court has conducted a review of the record in this case, and determines that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (ECF 1) be **DENIED** and Plaintiff is required to pay the filing fee of $350.00 within thirty (30) days from the date this Order is entered. Failure to comply with this Order will result in the dismissal of this action with prejudice.

**DATED** this 6th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge