# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO GONZALES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, <br><br> Defendants. | Case No. 2:12-cv-01474-JCM-CWH <br><br> **ORDER** |

This matter is before the Court on Plaintiffs' Motion to Extend Time (#17), filed April 23, 2013. Plaintiffs request an extension of time to respond to the Defendant Clark County's motion to dismiss (#12) based on Plaintiff Pedro Gonzales' health. Clark County has indicated its non-opposition to a thirty day extension. The Court agrees that a thirty day extension is appropriate and will measure the extension from today's date. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Time (#17) is **granted**. Plaintiffs response to Defendant Clark County's motion to dismiss (#12) is due on or before **June 3, 2013**.

Dated: May 3, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge