# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO GONZALEZ, *et al.*, | |
|     Plaintiffs, | Case No.  2:12-cr-01474-JCM-CWH |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
|     Defendants. | |

This matter is before the Court on Plaintiffs' Second Motion to Extend Time to Respond (#27), filed on October 23, 2013, and Defendants' Response (#28), filed October 23, 2013. Plaintiffs request an open-ended extension of time to respond to the pending motion to dismiss (#21), which was filed on September 4, 2013. The Court previously granted Plaintiff an extension of time to file its response by October 21, 2013. As a result, Plaintiffs have had approximately 45 days to respond to the motion to dismiss. Plaintiffs now seek an open-ended extension so they can continue their attempt to retain counsel. The undersigned has reviewed the briefing and finds that a limited 14-day extension is appropriate. No further extensions will be granted absent compliance with Fed. R. Civ. P. 6(b). The failure to file a response will result in a recommendation that the motion to dismiss (#21) be granted. *See* Local Rule 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.").

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Second Motion to Extend Time to Respond (#27) is **granted in part**. Plaintiffs are granted a limited extension of time to respond to Motion to

Dismiss (#21), up to and including Thursday, November 7, 2013.  Failure to file a response will result in a recommendation that the motion to dismiss be granted.

Dated: October 25, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**