1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PEDRO  GONZALEZ and DEBORAH GONZALEZ,

               Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

               Defendants.

2:12-CV-1474 JCM (PAL)

**ORDER**

Presently before the court is defendant United States', (incorrectly named in the complaint as the "Social Security Administration, Las Vegas,") motion to dismiss.  (Doc. # 21).

Also before the court is plaintiffs Pedro and Deborah Gonzalez's motion to dismiss.  (Doc. # 32).  Defendants have filed a response.  (Doc. # 35).

Plaintiffs, acting *pro se*, have filed a complaint alleging seven causes of action related to their treatment by certain individuals at the Social Security Administration and Las Vegas Metropolitan Police Department. (Doc. # 7).  Defendant filed a motion to dismiss based on insufficient service of process.  In response, plaintiffs filed their own motion to dismiss without prejudice.  The defendant concedes the matter should be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).  (*See* doc. # 35).

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' motion to dismiss

3  (doc. # 32) be, and the same hereby is, GRANTED.  The matter is dismissed without prejudice.

4    DATED November 15, 2013.

5

6    _____
     **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                      - 2 -